**Dismissed and Memorandum Opinion filed November 5, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00717-CV

### ANTHONY SCROGGINS, Appellant

### V.

### STRESSFREE PROPERTIES SOLUTIONS, Appellee

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1065034**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 10, 2015. The notice of appeal was filed August 10, 2015. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On October 8, 2015, this court ordered appellant to pay the appellate filing fee on or before October 23, 2015, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.